UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>MICHAEL UVINO etal,<br><br>Defendant. | **21 CR. 466 (S1) (HG)**<br><br>**DECLARATION** |

Jeremy M. Iandolo, an attorney for Defendant, states this under 28 U.S.C. § 1746:

1. I am the attorney of record for Michael Uvino ("Uvino") and, as such am fully familiar with the facts and proceedings herein.
2. This declaration is submitted in support of defendants motion to suppress the Title III authorizations or alternatively seek a *Franks* hearing, and for leave to join the motions of co-defendants where applicable.
3. For the reasons set forth in the accompanying memorandum of law, the court should order all evidence procured via wiretaps suppressed and fruit of the poisonous tree, as it runs afoul the constitutional cornerstones of our judicial system.
4. And in the interest of judicial economy, Uvino seeks leave of the Court to join in the motions of co-defendants to the extent that they are applicable to him.
5. Uvino requests that the Court grant the relief sought herein, and such other and further relief as the Court deems just and proper.

I declare under penalty of perjury that the foregoing is true and correct,
Executed on the 14th day of November 2022.

By: *s/ Jeremy M. Iandolo*